UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2020-0127

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Wells Fargo Bank, N.A.

| In Re: | Case No.:  21-16870-ABA |
|---|---|
| Yulinda L. Gilmore | Chapter:  13 |
|  | Judge:  Honorable Andrew B. Altenburg, Jr. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wells Fargo Bank, N.A.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Powers Kirn, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

POWERS KIRN, LLC

 /s/ *William M. E. Powers III*

Date:  September 2, 2021      By:  William M. E. Powers III